STEVEN M. SCHATZ, State Bar No. 118356
KATHERINE L. HENDERSON, State Bar No. 242676
DIANE M. WALTERS, State Bar No. 148136
MICHAEL PETROCELLI, State Bar No. 269460
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: sschatz@wsgr.com
Email: khenderson@wsgr.com
Email: dwalters@wsgr.com
Email: mpetrocelli@wsgr.com

Attorneys for Defendant
SUNPOWER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BRISTOW, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER CORPORATION, THOMAS H. WERNER, and CHARLES D. BOYNTON,<br><br>Defendants. | CASE NO.: 3:16-cv-04710-RS<br><br>**STIPULATION AND [PROPOSED] ORDER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**(Civ. L.R. 3-12)** |
| JAY PATEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER CORPORATION, THOMAS H. WERNER, and CHARLES D. BOYNTON,<br><br>Defendants. | CASE NO.: 3:16-cv-04915-WHO |

STIPULATION RE ADMIN. MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED (CIV. L. R.
3-12)
CASE NOS. 16-CV-04710-RS, 16-CV-04915-WHO,
16-CV-05312-NC, 16-CV-05381-NC

| | | |
|---|---|---|
| 1 | BERNARD STERN, derivatively on behalf of SUNPOWER CORPORATION, | CASE NO.: 3:16-cv-05312-NC |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | THOMAS H. WERNER, CHARLES D. BOYNTON, ARNAUD CHAPERON, BERNARD CLÉMENT, DENIS GIORNO, DANIEL LAURÉ, CATHERINE LESJAK, THOMAS R. MCDANIEL, HUMBERT DE WENDEL, and PAT WOOD, III, | |
| 6 | | |
| 7 | | |
| 8 | Defendants, | |
| 9 | and | |
| 10 | SUNPOWER CORPORATION, | |
| 11 | Nominal Defendant. | |
| 12 | PETER MOSCONE, Derivatively on Behalf of Nominal Defendant SUNPOWER CORPORATION, | CASE NO.: 3:16-cv-05381-NC |
| 13 | | |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | BERNARD CLÉMENT, DENIS GIORNO, CATHERINE LESJAK, ARNAUD CHAPERON, DANIEL LAURÉ, PAT WOOD III, THOMAS R. MCDANIEL, HUMBERT DE WENDEL, and THOMAS H. WERNER, | |
| 17 | | |
| 18 | | |
| 19 | Defendants, | |
| 20 | and | |
| 21 | SUNPOWER CORPORATION, a Delaware Corporation, | |
| 22 | | |
| 23 | Nominal Defendant. | |

28  STIPULATION RE ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIV. L. R. 3-12)
CASE NOS. 16-CV-04710-RS, 16-CV-04915-WHO, 16-CV-05312-NC, 16-CV-05381-NC

WHEREAS, there are two shareholder class actions and two shareholder derivative actions pending in the U.S. District Court for the Northern District of California and arising out of a common set of facts, as set forth below:

| Case Name | Case No. | Filing Date |
|---|---|---|
| *Bristow v. SunPower Corp., et al.* | Case No. 16-cv-04710-RS | Aug. 16, 2016 |
| *Patel v. SunPower Corp., et al.* | Case No. 16-cv-04915-WHO | Aug. 26, 2016 |
| *Stern v. Werner, et al.* | Case No. 16-cv-05312-NC | Sept. 16, 2016 |
| *Moscone v. Clement, et al.* | Case No. 16-cv-05381-NC | Sept. 20, 2016 |

WHEREAS, pursuant to Civil Local Rule 3-12, defendant SunPower Corporation has filed concurrently herewith an administrative motion to consider whether the *Patel*, *Stern*, and *Moscone* actions should be deemed related to the previously filed *Bristow* action and reassigned to the Honorable Richard Seeborg;

WHEREAS, the *Bristow*, *Patel*, *Stern*, and *Moscone* actions arise from substantially similar facts and circumstances;

WHEREAS, it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if these cases are conducted before different judges;

WHEREAS, defendants have not yet responded to the complaints in any of these actions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the undersigned parties, subject to approval of the Court, that the *Patel*, *Stern*, and *Moscone* actions should be deemed related to the first-filed *Bristow* action and reassigned to the Honorable Richard Seeborg.

STIPULATION RE ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIV. L. R. 3-12)
CASE NOS. 16-CV-04710-RS, 16-CV-04915-WHO, 16-CV-05312-NC, 16-CV-05381-NC

-1-

| | |
|---|---|
| Dated: October 13, 2016 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By: /s/ Steven M. Schatz<br>      Steven M. Schatz<br><br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile:  (650) 493-6811<br>Email: sschatz@wsgr.com<br><br>*Attorneys for Defendant SunPower Corporation* |
| Dated: October 13, 2016 | GLANCY PRONGAY & MURRAY LLP<br><br>By: /s/ Lesley F. Portnoy<br>      Lesley F. Portnoy<br><br>Lionel Z. Glancy<br>Robert V. Prongay<br>Lesley F. Portnoy<br>Charles H. Linehan<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile:  (310) 201-9160<br>Email: lportnoy@glancylaw.com<br><br>LAW OFFICES OF HOWARD G. SMITH<br>Howard G. Smith<br>3070 Bristol Pike, Suite 112<br>Bensalem, PA 19020<br>Telephone: (215) 638-4847<br>Facsimile:  (215) 638-4867<br><br>*Attorneys for Plaintiff  Kenneth Bristow* |

STIPULATION RE ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIV. L. R. 3-12)
CASE NOS. 16-CV-04710-RS, 16-CV-04915-WHO, 16-CV-05312-NC, 16-CV-05381-NC

-2-

| | | |
|---|---|---|
| 1 | Dated:  October 13, 2016 | POMERANTZ LLP |
| 2 | | |
| 3 | | By: /s/ J. Alexander Hood II, *admitted pro hac vice*<br>        J. Alexander Hood II |
| 4 | | Jeremy A. Lieberman |
| 5 | | J. Alexander Hood II<br>600 Third Avenue, 20th Floor<br>New York, New York 10016 |
| 6 | | Telephone: (212) 661-1100<br>Facsimile:  (212) 661-8665 |
| 7 | | Email:  ahood@pomlaw.com |
| 8 | | POMERANTZ LLP<br>Jennifer Pafiti |
| 9 | | 468 North Camden Drive<br>Beverly Hills, CA 90210 |
| 10 | | Telephone: (818) 532-6499 |
| 11 | | *Attorneys for Plaintiff Jay Patel* |
| 12 | Dated: October 13, 2016 | BRODSKY & SMITH, LLC |
| 13 | | |
| 14 | | By: /s/ Evan J. Smith<br>        Evan J. Smith |
| 15 | | |
| 16 | | 9595 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| 17 | | Telephone: (877) 534-2590<br>Facsimile: (310) 247-0160 |
| 18 | | PROFY PROMISLOFF & CIARLANTO, P.C. |
| 19 | | Jeffrey J. Ciarlanto<br>Joseph M. Profy |
| 20 | | David M. Promisloff<br>100 N. 22nd Street, Unit 105 |
| 21 | | Philadelphia, PA 19103<br>Telephone: (215) 259-5156 |
| 22 | | Facsimile:  (215) 600-2642 |
| 23 | | LAW OFFICE OF ALFRED G. YATES, JR., P.C.<br>Alfred G. Yates, Jr. |
| 24 | | Gerald L. Rutledge<br>519 Allegheny Building |
| 25 | | 429 Forbes Avenue<br>Pittsburgh, PA 15219 |
| 26 | | Telephone: (412) 391-5164<br>Facsimile:  (412) 471-1033 |
| 27 | | *Attorneys for Plaintiff Bernard Stern* |
| 28 | STIPULATION RE ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIV. L. R. 3-12)<br>CASE NOS. 16-CV-04710-RS, 16-CV-04915-WHO, 16-CV-05312-NC, 16-CV-05381-NC | -3- |

| | | |
|---|---|---|
| 1 | Dated: October 13, 2016 | THE WAGNER FIRM |

By: /s/ Avi N. Wagner
    Avi N. Wagner

1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 491-7949
Facsimile:  (310) 694-3967
Email: avi@thewagnerfirm.com

GAINEY McKENNA & EGLESTON
Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile:  (212) 983-0383

*Attorneys for Plaintiff Peter Moscone*

STIPULATION RE ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIV. L. R. 3-12)
CASE NOS. 16-CV-04710-RS, 16-CV-04915-WHO, 16-CV-05312-NC, 16-CV-05381-NC

-4-

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/14/16

_____
The Honorable Richard Seeborg
United States District Judge

STIPULATION RE ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIV. L. R. 3-12)
CASE NOS. 16-CV-04710-RS, 16-CV-04915-WHO, 16-CV-05312-NC, 16-CV-05381-NC

-5-

I, Diane M. Walters, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Steven M. Schatz, Lesley F. Portnoy, J. Alexander Hood II, Evan J. Smith, and Avi N. Wagner have concurred in this filing.

Dated:  October 13, 2016

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/     Diane M. Walters
     Diane M. Walters
     dwalters@wsgr.com

STIPULATION RE ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIV. L. R. 3-12)
CASE NOS. 16-CV-04710-RS, 16-CV-04915-WHO, 16-CV-05312-NC, 16-CV-05381-NC

-6-