1  STEVEN M. SCHATZ, State Bar No. 118356
   KATHERINE L. HENDERSON, State Bar No. 242676
2  DIANE M. WALTERS, State Bar No. 148136
   MICHAEL PETROCELLI, State Bar No. 269460
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 493-6811
6  Email: sschatz@wsgr.com
   Email: khenderson@wsgr.com
7  Email: dwalters@wsgr.com
   Email: mpetrocelli@wsgr.com
8

9  Attorneys for Defendants
   SUNPOWER CORPORATION.
10 THOMAS H. WERNER, and
   CHARLES D. BOYNTON
11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 KENNETH BRISTOW, Individually and On ) CASE NO.: 3:16-cv-04710-RS
   Behalf of All Others Similarly Situated,    )
16                                             ) **STIPULATION AND [PROPOSED]**
                   Plaintiff,                  ) **ORDER REGARDING**
17                                             ) **CONTINUANCE OF CASE**
          v.                                   ) **MANAGEMENT CONFERENCES**
18                                             ) **AND EXTENDING DEFENDANTS'**
   SUNPOWER CORPORATION, THOMAS H.             ) **TIME TO RESPOND TO**
19 WERNER, and CHARLES D. BOYNTON,             ) **COMPLAINTS**
                                               )
20                 Defendants.                 ) **(Civ. L.R. 3-12)**
                                               )
21                                             )
                                               )
22                                             )
                                               )
23 JAY PATEL, Individually and On Behalf of All ) CASE NO.: 3:16-cv-04915-RS
   Others Similarly Situated,                  )
                                               )
24 Plaintiff,                                  )
                                               )
25 v.                                          )
                                               )
26 SUNPOWER CORPORATION, THOMAS H.             )
   WERNER, and CHARLES D. BOYNTON,             )
27                                             )
   Defendants.                                 )
28                                             )

STIPULATION RE CONTINUANCE OF CMCS AND
EXTENDING TIME TO RESPOND TO COMPLAINTS
CASE NOS. 16-CV-04710-RS, 16-CV-04915-RS

1   WHEREAS, the complaints in the above-captioned related shareholder class actions set
2   forth claims under the federal securities laws that are subject to the requirements of the Private
3   Securities Litigation Reform Act of 1995 ("PSLRA"), including those set forth in 15 U.S.C.
4   § 78u-4;

5   WHEREAS, the PSLRA requires that, after filing a securities class action, the plaintiff
6   must give notice of the action to allow other interested shareholders the opportunity to file
7   motions for appointment as lead plaintiff (*see* 15 U.S.C. § 78u-4(a)(3)) and, thereafter, that the
8   Court appoint a lead plaintiff;

9   WHEREAS, on October 17, 2016, multiple movants filed competing motions seeking to
10  be appointed lead plaintiff and to consolidate the *Bristow* and *Patel* actions (Dkt. Nos. 13, 17, 18,
11  22, 26);

12  WHEREAS, the hearing regarding the lead plaintiff motions is scheduled for December
13  8, 2016;

14  WHEREAS, pursuant to the August 18, 2016 Order Setting Initial Case Management
15  Conference in the *Bristow* action, a Case Management Conference was scheduled for November
16  17, 2016 and subsequently continued to November 18, 2016 pursuant to the Clerk's Notice
17  issued November 1, 2016;

18  WHEREAS, prior to reassignment to this Court, a Case Management Conference in the
19  *Patel* action was set for November 29, 2016;

20  WHEREAS, to avoid unnecessary expenditure of judicial resources or effort by the
21  parties and the Court, counsel for plaintiffs in the *Bristow* and *Patel* actions and defendants have
22  agreed (1) that defendants need not respond to the *Bristow* and *Patel* complaints or the complaint
23  in any action consolidated into this action, other than an amended or consolidated complaint or a
24  complaint designated as the operative complaint after the appointment of lead plaintiff; and (2) to
25  continue the Initial Case Management Conferences in the *Bristow* and *Patel* actions and
26  associated deadlines until after a lead plaintiff has been appointed to represent the alleged class.

27  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among
28  counsel for the undersigned parties, subject to approval of the Court, as follows:

1. Defendants are not required to respond to the *Bristow* and *Patel* complaints or the complaint in any action consolidated into this action, other than an amended or consolidated complaint or a complaint designated as the operative complaint after the appointment of lead plaintiff.

2. The Initial Case Management Conferences ("CMC") in the *Bristow* and *Patel* actions, currently scheduled for November 18, 2016, and November 29, 2016, respectively, and the associated CMC and ADR deadlines in the *Bristow* and *Patel* actions, shall be vacated and are hereby adjourned to such other date and time as this Court shall order.

| | | |
|---|---|---|
| 1 | Dated:  November 2, 2016 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | By: /s/Steven M. Schatz |
| 4 | |      Steven M. Schatz |
| 5 | | 650 Page Mill Road<br>Palo Alto, CA 94304-1050 |
| 6 | | Telephone: (650) 493-9300<br>Facsimile:  (650) 493-6811 |
| 7 | | Email: sschatz@wsgr.com |
| 8 | | *Attorneys for Defendants* |
| 9 | | |
| 10 | Dated: November 2, 2016 | GLANCY PRONGAY & MURRAY LLP |
| 11 | | |
| 12 | | By: /s/ Lesley F. Portnoy<br>     Lesley F. Portnoy |
| 13 | | Lionel Z. Glancy |
| 14 | | Robert V. Prongay<br>Lesley F. Portnoy |
| 15 | | Charles H. Linehan<br>1925 Century Park East, Suite 2100 |
| 16 | | Los Angeles, CA 90067<br>Telephone: (310) 201-9150 |
| 17 | | Facsimile:  (310) 201-9160<br>Email: lportnoy@glancylaw.com |
| 18 | | LAW OFFICES OF HOWARD G. SMITH |
| 19 | | Howard G. Smith<br>3070 Bristol Pike, Suite 112 |
| 20 | | Bensalem, PA 19020<br>Telephone: (215) 638-4847 |
| 21 | | Facsimile:  (215) 638-4867 |
| 22 | | *Attorneys for Plaintiff  Kenneth Bristow* |

Dated: November 2, 2016

POMERANTZ LLP

By: /s/ J. Alexander Hood, II
     J. Alexander Hood II, *admitted pro hac vice*

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: ahood@pomlaw.com

POMERANTZ LLP
Jennifer Pafiti
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6499

*Attorneys for Plaintiff Jay Patel*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/8/16

_____
The Honorable Richard Seeborg
United States District Judge