
1  ROBBINS ARROYO LLP
   BRIAN J. ROBBINS (190264)
2  brobbins@robbinsarroyo.com
   GEORGE C. AGUILAR (126535)
3  gaguilar@robbinsarroyo.com
   ASHLEY R. RIFKIN (246602)
4  arifkin@robbinsarroyo.com
   600 B Street, Suite 1900
5  San Diego, CA 92101
   Telephone: (619) 525-3990
6  Facsimile: (619) 525-3991

7  Attorneys for Plaintiff

8  [Additional Counsel on Signature Pages]

9

10                      UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| KENNETH BRISTOW, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>     v.<br><br>SUNPOWER CORPORATION, THOMAS H. WERNER, and CHARLES D. BOYNTON,<br><br>            Defendants. | Case No. 3:16-cv-04710-RS<br><br>Hon. Richard Seeborg<br><br>**STIPULATION AND [PROPOSED] ORDER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**(Civil L.R. 3-12)** |
| JAY PATEL, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>     v.<br><br>SUNPOWER CORPORATION, THOMAS H. WERNER, and CHARLES D. BOYNTON,<br><br>            Defendants. | Case No. 3:16-cv-04915-RS<br><br>Hon. Richard Seeborg |

[CAPTION CONTINUED ON NEXT PAGE]

| | |
|---|---|
| BERNARD STERN, Derivatively on Behalf of SUNPOWER CORPORATION, | Case No. 3:16-cv-05312-RS |
| Plaintiff, | Hon. Richard Seeborg |
| v. | |
| THOMAS H. WERNER, CHARLES D. BOYNTON, ARNAUD CHAPERON, BERNARD CLÉMENT, DENIS GIORNO, DANIEL LAURÉ, CATHERINE LESJAK, THOMAS R. MCDANIEL, HUMBERT DE WENDEL, and PAT WOOD III, | |
| Defendants, | |
| – and – | |
| SUNPOWER CORPORATION, | |
| Nominal Defendant. | |
| PETER MOSCONE, Derivatively on Behalf of Nominal Defendant SUNPOWER CORPORATION, | Case No. 3:16-cv-05381-RS |
| | Hon. Richard Seeborg |
| Plaintiff, | |
| v. | |
| BERNARD CLÉMENT, DENIS GIORNO, CATHERINE LESJAK, ARNAUD CHAPERON, DANIEL LAURÉ, PAT WOOD III, THOMAS R. MCDANIEL, HUMBERT DE WENDEL, and THOMAS H. WERNER, | |
| Defendants, | |
| – and – | |
| SUNPOWER CORPORATION, a Delaware Corporation, | |
| Nominal Defendant. | |

[CAPTION CONTINUED ON NEXT PAGE]

| | |
|---|---|
| MELVIN BRENNER, Derivatively on Behalf of SUNPOWER CORPORATION, | Case No. 5:16-cv-05988-EJD |
| Plaintiff, | Hon. Edward J. Davila |
| v. | |
| THOMAS H. WERNER, CHARLES D. BOYNTON, BERNARD CLÉMENT, LADISLAS PASZKIEWICZ, DANIEL LAURÉ, CATHERINE A. LESJAK, THOMAS R. MCDANIEL, PAT WOOD III, ARNAUD CHAPERON, DENIS GIORNO, JEAN-MARC OTERO DEL VAL, and HUMBERT DE WENDEL, | |
| Defendants, | |
| – and – | |
| SUNPOWER CORPORATION, a Delaware corporation, | |
| Nominal Defendant. | |

WHEREAS there are two shareholder class actions and three shareholder derivative actions pending in the U.S. District Court for the Northern District of California and arising out of a common set of facts. These actions are:

| Case Name | Case No. | Filing Date |
|---|---|---|
| *Bristow v. SunPower Corp., et al.* (the "*Bristow* Action") | 16-cv04710-RS | Aug. 16, 2016 |
| *Patel v. SunPower Corp., et al.* (the "*Patel* Action") | 16-cv-04915-RS | Aug. 26, 2016 |
| *Stern v. Werner, et al.* (the "*Stern* Action") | 16-cv-05312-RS | Sept. 16, 2016 |
| *Moscone v. Clement, et al.* (the "*Moscone* Action") | 16-cv-05381-RS | Sept. 20, 2016 |
| *Brenner v. Werner, et al.* (the "*Brenner* Action") | 16-cv-05988-EJD | Oct. 17, 2016 |

WHEREAS, pursuant to Civil Local Rule 3-12, plaintiff Melvin Brenner has filed concurrently herewith an administrative motion to consider whether the *Brenner* Action should be deemed related to the previously-filed *Bristow*, *Patel*, *Stern*, and *Moscone* Actions and reassigned to the Honorable Richard Seeborg;

WHEREAS the *Brenner* Action arises from the substantially similar facts and circumstances as the *Bristow*, *Patel*, *Stern*, and *Moscone* Actions;

WHEREAS it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if these cases are conducted before different judges; and

WHEREAS, defendants have not yet responded to the complaints in any of these actions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the undersigned parties, subject to approval of the Court, that the *Brenner* Action should be deemed related to the previously-filed *Bristow*, *Patel*, *Stern*, and *Moscone* Actions and reassigned to the Honorable Richard Seeborg.

| | |
|---|---|
| Dated: November 7, 2016 | ROBBINS ARROYO LLP |
| | *s/ George C. Aguilar* |
| | GEORGE C. AGUILAR |
| | |
| | Brian J. Robbins |
| | George C. Aguilar |
| | Ashley R. Rifkin |
| | 600 B Street, Suite 1900 |
| | San Diego, CA 92101 |
| | Telephone: (619) 525-3990 |
| | Facsimile: (619) 525-3991 |
| | gaguilar@robbinsarroyo.com |
| | |
| | VITA LAW OFFICES P.C. |
| | Richard J. Vita |
| | 100 State Street, 9th Floor |
| | Boston, MA 02109 |
| | Telephone: (617) 426-6566 |
| | Facsimile: (617) 249-2119 |
| | |
| | *Attorneys for Plaintiff Melvin Brenner* |
| Dated: November 7, 2016 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| | |
| | *s/ Steven M. Schatz* |
| | STEVEN M. SCHATZ |
| | |
| | Steven M. Schatz |
| | 650 Page Mill Road |
| | Palo Alto, CA 94304 |
| | Telephone: (650) 493-9300 |
| | Facsimile: (650) 493-6811 |
| | sschatz@wsgr.com |
| | |
| | *Attorneys for Defendants SunPower Corporation, Thomas H. Werner, Charles D. Boynton, Bernard Clément, Ladislas Paszkiewicz, Daniel Lauré, Catherine A. Lesjak, Thomas R. Mcdaniel, Pat Wood III, Arnaud Chaperon, Denis Giorno, Jean-Marc Otero del Val, and Humbert de Wendel* |

- 2 -

STIPULATION AND [PROPOSED] ORDER RE: ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NOS. 16-CV-04710-RS; 16-CV-04915-RS; 16-CV-05312-RS; 16-CV-05381-RS; 16-CV-05988-EJD

| | | |
|---|---|---|
| 1 | Dated: November 7, 2016 | GLANCY PRONGAY & MURRAY LLP |
| 2 | | *s/ Leslie F. Portnoy* |
| 3 | | LESLIE F. PORTNOY |

Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
lportnoy@glancylaw.com

LAW OFFICES OF HOWARD G. SMITH
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Attorneys for Plaintiff Kenneth Bristow*

Dated: November 7, 2016   POMERANTZ LLP

*s/ J. Alexander Hood II*
J. ALEXANDER HOOD II
(*Admitted Pro Hac Vice*)

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
ahood@pomlaw.com

POMERANTZ LLP
Jennifer Pafiti
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6499

*Attorneys for Plaintiff Jay Patel*

- 3 -
STIPULATION AND [PROPOSED] ORDER RE: ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NOS. 16-CV-04710-RS; 16-CV-04915-RS; 16-CV-05312-RS; 16-CV-05381-RS; 16-CV-05988-EJD

| | | |
|---|---|---|
| 1 | Dated: November 7, 2016 | BRODSKY & SMITH, LLC |
| 2 | | *s/ Evan J. Smith* |
| | | EVAN J. SMITH |

Evan J. Smith
9595 Wilshire Blvd.
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160
esmith@brodsky-smith.com

PROFY PROMISLOFF & CIARLANTO, P.C.
Jeffrey J. Ciarlanto
Joseph M. Profy
David M. Promisloff
100 N. 22nd Street, Unit 105
Philadelphia, PA 19103
Telephone: (215) 259-5156
Facsimile: (215) 600-2642

LAWOFFICE OF ALFRED G. YATES, JR., P.C.
Alfred G. Yates, Jr.
Gerald L. Rutledge
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 391-5164
Facsimile: (412) 471-1033

*Attorneys for Plaintiff Bernard Stern*

Dated: November 7, 2016                 THE WAGNER FIRM

*s/ Avi N. Wagner*
AVI N. WAGNER

Avi N. Wagner
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 491-7949
Facsimile: (310) 694-3967
avi@thewagnerfirm.com

GAINEY McKENNA & EGLESTON
Thomas J. Mckenna
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383

*Attorneys for Plaintiff Peter Moscone*

- 4 -

I, George C. Aguilar, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order in Support of Administrative Motion to Consider Whether Cases Should Be Related. In compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*s/ George C. Aguilar*
GEORGE C. AGUILAR

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 11/9/16

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE