1  Rosemary M. Rivas (Bar No. 209147)
   rrivas@zlk.com
2  **LEVI & KORSINSKY LLP**
   44 Montgomery Street, Suite 650
3  San Francisco, California 94104
   Telephone:  (415) 398-8700
4  Facsimile:   (415) 398-8704

5  *Liaison Counsel*

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10 | IN RE SUNPOWER CORPORATION      | Master File No. 3:16-cv-04710-RS |
   | SECURITIES LITIGATION           |                                  |
11 |                                 | **STIPULATION AND [PROPOSED]**   |
   |                                 | **ORDER CONTINUING DATE FOR**    |
12 |                                 | **FILING OF CONSOLIDATED**       |
   |                                 | **COMPLAINT AND MODIFYING**      |
13 |                                 | **BRIEFING SCHEDULE**            |

1   WHEREAS, on January 13, 2017, the Court entered the Parties' stipulation setting the
2  deadline for Plaintiffs to file the consolidated complaint on March 9, 2017 and a briefing schedule;
3   WHEREAS, Lead Counsel in this matter, Brower Piven, A Professional Corporation,
4  require an additional three weeks to prepare and file the consolidated complaint due to medical
5  circumstances affecting Mr. Daniel Kuznicki (the primary attorney on this matter for Brower
6  Piven) and his family, including the recent birth of his child and, in connection therewith, an
7  emergency surgery;
8   WHEREAS, the Parties have met and conferred regarding the current schedule;
9   ACCORDINGLY, SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES
10 HEREBY STIPULATE AND AGREE as follows:
11  1.   Plaintiffs shall file the consolidated complaint by March 31, 2017.
12  2.   Defendants shall file a response to the complaint by June 5, 2017.
13  3.   Should Defendants filed a motion to dismiss on or before June 5, 2017, Plaintiffs
14 shall have 60 days to file an opposition, and Defendants shall have 30 days to file a reply brief.
15  4.   The Parties shall meet and confer as to an appropriate hearing date.

DATED: February 23, 2017    **LEVI & KORSINSKY LLP**

By: /s/ *Rosemary M. Rivas*
    Rosemary M. Rivas

Liaison Counsel

DATED: February 23, 2017    **WILSON SONSINI GOODRICH & ROSATI**

By: /s/ *Steven Mark Schatz*
    Steven Mark Schatz
    Diane Marie Walters

Counsel for Defendants

## [PROPOSED] ORDER

Based on the foregoing stipulation and good cause being shown, the Court hereby GRANTS the parties' Stipulation. The Court hereby orders as follows:

1. Plaintiffs shall file the consolidated complaint by March 31, 2017.
2. Defendants shall file a response to the complaint by June 5, 2017.
3. Should Defendants filed a motion to dismiss on or before June 5, 2017, Plaintiffs shall have 60 days to file an opposition, and Defendants shall have 30 days to file a reply brief.
4. The Parties shall meet and confer as to an appropriate hearing date.

**IT IS SO ORDERED.**

Date: 2/23/17

_____
HON. RICHARD SEEBORG
United States District Court Judge

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1 regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from all signatories.

/s/ *Rosemary M. Rivas*
Rosemary M. Rivas