UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE SUNPOWER CORPORATION
SECURITIES LITIGATION

Case No. 16-cv-04710-RS

**ORDER GRANTING MOTION TO WITHDRAW**

The motion of lead plaintiff Mundeog Seol and his counsel, Brower Piven, A Professional Corporation, and Levi & Korsinsky LLP (Class Counsel and Liaison Counsel, respectively), for leave to withdraw has previously been submitted without oral argument pursuant to Civil Local Rule 7-1(b). Defendants have not made a persuasive showing that the conditions they seek to have imposed on any withdrawal are appropriate. The motion is granted, on the condition that Seol and his counsel issue a new PSLRA notice, in accordance with 15 U.S.C. §78u-4(a)(3), as they offered to do in their moving papers. The motion of the self-styled "SunPower Investor Group" for appointment of lead plaintiff and lead counsel (Dkt. No. 61) is denied without prejudice to renewal upon conclusion of the PSLRA notice period.

**IT IS SO ORDERED**.

Dated: May 15, 2017

RICHARD SEEBORG
United States District Judge