1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SECURITIES LITIGATION | Case No.  16-cv-04710-RS |
| | **ORDER GRANTING MOTION FOR APPOINTMENT OF LEAD COUNSEL AND LEAD PLAINTIFFS** |

Upon the withdrawal of prior lead counsel and lead plaintiffs, two competing motions were filed for appointment.  One of the motions was filed by the group of investors who were the "runners up" at the time of first round of appointment motions.  The other motion was filed by a group consisting of persons who had not previously joined together in seeking appointment.  That motion has now been withdrawn leaving the remaining motion unopposed.  Good cause appearing, the motion will be granted, and the proposed order submitted by the movants will be executed and filed.  The hearing set for August 31, 2017 is vacated.

**IT IS SO ORDERED**.

Dated: August 21, 2017

RICHARD SEEBORG
United States District Judge