UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SECURITIES LITIGATION | Case No. 16-cv-04710-RS<br><br>**JUDGMENT** |

Pursuant to the Order granting the motion to dismiss entered October 9, 2018, Judgment is hereby entered in favor of defendants and against plaintiffs.

**IT IS SO ORDERED**.

Dated: October 10, 2018

_____
RICHARD SEEBORG
United States District Judge